# Order

Michigan Supreme Court
Lansing, Michigan

January 16, 2019

Bridget M. McCormack,
Chief Justice

156579(67)

David F. Viviano,
Chief Justice Pro Tem

GENESEE COUNTY DRAIN COMMISSIONER
JEFFREY WRIGHT,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

         Plaintiff-Appellee,

and

CHARTER TOWNSHIP OF FENTON, DENNIS
BOW, KARYN MILLER, BONNIE MATHIS,
PAULA ZELENKO, MARILYN HOFFMAN,
LARRY GREEN, JAKE LAFURGEY, RAY
FOUST, DAVID GUIGEAR, ROBERT M.
PALMER, RICK CARUSO, WILLIAM W.
KOVL, MAXINE ORR, VILLAGE OF
GOODRICH, VILLAGE OF GAINES, VILLAGE
OF LENNON, CHARTER TOWNSHIP OF
MUNDY, TOWNSHIP OF ARGENTINE,
CHARTER TOWNSHIP OF FLINT, CHARTER
TOWNSHIP OF MT. MORRIS, TOWNSHIP OF
GAINES, and CITY OF FLUSHING,

         Plaintiffs,

v

         SC: 156579
         COA: 331023
         Genesee CC: 11-097012-CK

GENESEE COUNTY,

         Defendant-Appellant,

and

GENESEE COUNTY BOARD OF
COMMISSIONERS,

         Defendant.

_____/

      On order of the Chief Justice, the motion of defendant-appellant to file a response to the brief amicus curiae filed by Kickham Hanley, PLLC, is GRANTED. The response submitted on January 11, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    January 16, 2019           

                       Clerk